**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Mary Ann DeCarlo                                Case No.: 15-11760
                                                         Chapter: 13
                                                         Judge: A. Benjamin Goldgar

                             Debtor
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
David F. Pustilnik (ARDC#6300609)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C15-20657

Paul M Bach
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
(630)575-8181
ecfbach@gmail.com
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

     PLEASE file the Appearance of Caleb J. Halberg on behalf of Ocwen Loan Servicing, LLC and include Caleb J. Halberg, as attorney for creditor, on the Matrix.

Dated: April 8, 2015                  ***s/ Caleb J. Halberg***
                                                   Potestivo & Associates, P.C.
                                                   Caleb J. Halberg (ARDC#6306089)
                                                  223 W. Jackson Blvd., Suite 610
                                                  Chicago, Illinois 60606
                                                  Telephone: (312) 263-0003
                                                  Main Fax: (312) 263-0002
                                                  Cook County Firm ID #: 43932
                                                  DuPage County Firm ID #: 223623
                                                  Attorneys for Ocwen Loan Servicing, LLC
                                                  Our File No.: C15-20657

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Mary Ann DeCarlo                               Case No.: 15-11760
                                                        Chapter: 13
                                                        Judge: A. Benjamin Goldgar

                                Debtor
_____/
Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
David F. Pustilnik (ARDC#6300609)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C15-20657

Paul M Bach
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
(630)575-8181
ecfbach@gmail.com
_____/

## AFFIDAVIT OF SERVICE

      I, Cassandra McLone, state that on the 8th day of April 2015, I served a copy of the Notice of Appearance, Request for Notices and Affidavit of Service of same upon the below listed parties:

| **Paul M Bach** | **Office of the U.S. Trustee,** | **Glenn B Stearns** |
|---|---|---|
| 900 Jorie Boulevard | 219 S Dearborn St | 801 Warrenville Rd |
| Suite 150 | Room 873 | Suite 650 |
| Oak Brook, IL 60523 | Chicago, IL 60604 | Lisle, IL 60532 |

Via CM-ECF electronic filing to the Debtors' Attorney, the Trustee and Office of the US Trustee.

                                                            */s/ Cassandra McLone*
                                                            Cassandra McLone