UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                )        BK No.:  *15 B 11760*        *(illegible)*
MARY DECARLO                          )
                                      )        Chapter:  13
                                      )        Honorable A. Benjamin Goldgar
                                      )
                                      )
                                      )
           Debtor(s)                  )

**ORDER DISALLOWING CLAIM 2 OF CAVALRY SPV I, LLC AS ASSIGNEE OF GE MONEY/WALMART**

THIS CAUSE, coming to be heard on the DEBTOR'S OBJECTION TO CLAIM 2 OF CAVALRY SPV I, LLC AS ASSIGNEE OF GE MONEY/WALMART, the Court having jurisdiction over the subject matter, and due notice having been given, IT IS HEREBY ORDERED:

1. Claim 2 Of CAVALRY SPV I, LLC AS ASSIGNEE OF GE MONEY/WALMART is disallowed in its entirety.

Enter:

_____
United States Bankruptcy Judge

Dated:    JUN 1 9 2015

**Prepared by:**
Paul M. Bach, Esq. #6209530
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax (630) 575-8188