**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Mary Ann DeCarlo                            Case No.: 15-11760
                                                      Chapter: 13
                                                      Judge: A. Benjamin Goldgar

                            Debtor
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
David F. Pustilnik (ARDC#6300609)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C15-20657

**Paul M Bach**
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523
(630)575-8181
Email: ecfbach@gmail.com
_____/

## OBJECTION TO CONFIRMATION

    **NOW COMES** Ocwen Loan Servicing, LLC (herein "Creditor"), by and through their attorney, Potestivo & Associates, P.C., and for their Objection to the Confirmation of the Chapter 13 Bankruptcy Plan filed for Debtor Mary Ann DeCarlo (herein "Debtor") by her attorney Paul M. Bach state as follows:

1.     The Debtor filed a Chapter 13 bankruptcy petition on March 31, 2015.
2.     The Debtor filed his Chapter 13 bankruptcy plan on March 31, 2015.
3.     The current plan states the arrears for the real property located at 33 E Honeysuckle Dr, Round Lake Beach Illinois 60073 are in the amount of $8,000.00. Creditor has filed a secured claim with the arrearages in the amount of $9,070.58.

    **WHEREFORE**, Creditor respectfully requests that this Court deny confirmation of Debtors' bankruptcy plan, and in addition, creditor hereby requests and moves this court to enter an

order dismissing this Bankruptcy case as the Debtor has not met the obligations set forth and has failed to propose a confirmable chapter 13 plan.

Dated: June 26, 2015          */s/ Caleb J. Halberg*
Potestivo & Associates, P.C.
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for: Ocwen Loan Servicing, LLC
Our File No.: C15-20657

Case 15-11760    Doc 25    Filed 06/26/15    Entered 06/26/15 11:31:08    Desc Main
Document      Page 2 of 3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Mary Ann DeCarlo                                        Case No.: 15-11760
                                                                 Chapter: 13
                                                                  Judge: A. Benjamin Goldgar

                            Debtor
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
David F. Pustilnik (ARDC#6300609)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C15-20657

**Paul M Bach**
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523
(630)575-8181
Email: ecfbach@gmail.com
_____/

### AFFIDAVIT OF SERVICE

      I, Cathy Scanlan, state that on the 26th day of June 2015, I served a copy of the Objection to the Confirmation of the Plan and Affidavit of Service of same upon the below listed parties:

| | |
|---|---|
| Mary Ann DeCarlo<br>33 E Honeysuckle Drive<br>Round Lake, IL 60073 | Paul M Bach<br>900 Jorie Boulevard, Suite 150<br>Oak Brook, IL 60523 |
| Office of the U.S. Trustee<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604 | Glenn B Stearns<br>801 Warrenville Road, Suite 650<br>Lisle, IL 60532 |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to Debtor and via CM-ECF electronic filing to the Debtor's Attorney and the Trustee, and the U.S. Trustee

                                                                      */s/ Cathy Scanlan*
                                                                      Cathy Scanlan